| | |
|---|---|
| B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/09) | Case Number **10−02298** |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/27/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kim Akiko Baligad
99−1142 Napuanani Road
Aiea, HI 96701

| Case Number:<br>10−02298 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−8557 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Gregory T. Dunn<br>841 Bishop Street, Suite 2221<br>Honolulu, HI 96813<br>Telephone number: 808.524.4529 | Bankruptcy Trustee (name and address):<br>Dane S. Field<br>P.O. Box 4198<br>Honolulu, HI 96812<br>Telephone number: 808.232.8788 |

### Meeting of Creditors
Date: **August 31, 2010**  Time: **11:00 AM**
Location: **US Trustee Meeting Room, 1132 Bishop Street, Suite 606, Honolulu, HI 96813**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 11/1/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813<br>Telephone number: (808) 522−8100 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Michael B. Dowling |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 4:00 PM | Date: 7/27/10 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline.<br><br>A statement asserting that the debtor is ineligible to receive a discharge because 11 U.S.C. § 522(q)(1) may be applicable must be filed not later than the deadline to file a complaint objecting to discharge. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Property Under $2,500 | Unless an objection is filed within 21 days after the date of this notice, the trustee may sell property of the estate without further notice or hearing if the property's aggregate gross value is less than $2,500. |

**Refer to Other Side for Important Deadlines and Notices**

# CERTIFICATE OF NOTICE

```
District/off: 0975-1           User: darlene                Page 1 of 2                  Date Rcvd: Jul 28, 2010
Case: 10-02298                 Form ID: b9a                 Total Noticed: 48
```

The following entities were noticed by first class mail on Jul 30, 2010.
```
db           +Kim Akiko Baligad,    99-1142 Napuanani Road,    Aiea, HI 96701-5423
aty          +Gregory T. Dunn,    841 Bishop Street, Suite 2221,    Honolulu, HI 96813-3921
1030907      +CAPITAL RECOVERY SYSTEMS,    249 SOUTH STREET,    Plainville, MA 02762-1507
1030909      +CENTRAL CREDIT SERVICES,    9550 REGENCY SQUARE BLVD.,    Jacksonville, FL 32225-8116
1030915      +CORINTHIAN COLLEGES, INC.,    6 HUTTON CENTRE DRIVE, SUITE 400,    Santa Ana, CA 92707-8762
1030918      +FMS, INC.,    4915 SOUTH UNION AVENUE,    Tulsa, OK 74107-7839
1030927      +GLOBAL ACCEPTANCE CREDIT COMPANY,    5850 WEST INTERSTATE 20, SUITE 100,
               Arlington, TX 76017-1071
1030929      +HOLLANDER LAW OFFICES, LLC,    2221 NEW MARKET PARKWAY, SUITE 120,    Marietta, GA 30067-9311
1030932      +HSBC ORCHARD STANDARD,    P.O. BOX 5253,    Carol Stream, IL 60197-5253
1030933      +IC SYSTEM, INC.,    P.O. BOX 64378,    Saint Paul, MN 55164-0378
1030936      +MERCANTILE ADJUSTMENT BUREAU, LLC,    6390 MAIN STREET, #S-160,    Buffalo, NY 14221-5859
1030940      +MRS ASSOCIATES, INC.,    1930 OLNEY AVENUE,    Cherry Hill, NJ 08003-2016
1030941       NATIONWIDE CREDIT, INC.,    2015 VAUGHN ROAD, NW, SUITE 400,    Kennesaw, GA 30144-7802
1030942     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: PORTFOLIO RECOVERY ASSOCIATES,     120 CORPORATE BLVD., SUITE 100,
               Norfolk, VA 23502-4962)
1030948      +UNITED COLLECTION BUREAU, INC.,    P.O. BOX 140190,    Toledo, OH 43614-0190
1030950      +VALLEY REGIONAL HOSPITAL,    243 ELM STREET,    Claremont, NH 03743-4999
```

The following entities were noticed by electronic transmission on Jul 29, 2010.
```
tr           +EDI: QDSFIELD.COM Jul 28 2010 21:58:00      Dane S. Field,    P.O. Box 4198,
               Honolulu, HI 96812-4198
1030905       EDI: ARROW.COM Jul 28 2010 21:58:00      ARROW FINANCIAL SERVICES, LLC,    5996 WEST TOUHY AVENUE,
               Niles, IL 60714-4610
1030906      +EDI: CAPITALONE.COM Jul 28 2010 21:58:00      CAPITAL ONE,    P.O. BOX 5155,
               Norcross, GA 30091-5155
1030908      +E-mail/Text: john@debtmanagementinc.com                            CAPITAL RECOVERY SYSTEMS,
               310 SOUTH STREET,    Plainville, MA 02762-1547
1030910       EDI: CHASE.COM Jul 28 2010 21:58:00      CHASE,    P.O. BOX 15298,    Wilmington, DE 19850-5298
1030911       EDI: CHASE.COM Jul 28 2010 21:58:00      CHASE BANK USA,    P.O. BOX 15298,
               Wilmington, DE 19850-5298
1030912       EDI: CHRYSLER.COM Jul 28 2010 21:58:00      CHRYSLER FINANCIAL,    5225 CROOKS ROAD, SUITE 140,
               Troy, MI 48098
1030913      +EDI: SEARS.COM Jul 28 2010 21:58:00      CITIBANK / SEARS,    P.O. BOX 6189,
               Sioux Falls, SD 57117-6189
1030914       EDI: CITICORP.COM Jul 28 2010 21:58:00      CITICARDS / CITIBANK,    P.O. BOX 6077,
               Sioux Falls, SD 57117-6077
1030917       EDI: DISCOVER.COM Jul 28 2010 21:58:00      DISCOVER FINANCIAL SERVICES,    P.O. BOX 3025,
               New Albany, OH 43054-3025
1030919      +EDI: RMSC.COM Jul 28 2010 21:58:00      GE CAPITAL,    P.O. BOX 981491,    El Paso, TX 79998-1491
1030920      +EDI: RMSC.COM Jul 28 2010 21:58:00      GE MONEY BANK,    ATTN: BANKRUPTCY DEPT.,    P.O. BOX 103104,
               Roswell, GA 30076-9104
1030921      +EDI: RMSC.COM Jul 28 2010 21:58:00      GE MONEY BANK - CHEVRON & TEXACO,    ATTN: BANKRUPTCY DEPT.,
               P.O. BOX 103104,    Roswell, GA 30076-9104
1030922      +EDI: RMSC.COM Jul 28 2010 21:58:00      GE MONEY BANK / CHEVRON,    ATTN: BANKRUPTCY DEPT.,
               P.O. BOX 103104,    Roswell, GA 30076-9104
1030924      +EDI: RMSC.COM Jul 28 2010 21:58:00      GE MONEY BANK / GAP,    ATTN: BANKRUPTCY DEPT.,
               P.O. BOX 103104,    Roswell, GA 30076-9104
1030925      +EDI: RMSC.COM Jul 28 2010 21:58:00      GE MONEY BANK / JC PENNEY,    ATTN: BANKRUPTCY DEPT.,
               P.O. BOX 103104,    Roswell, GA 30076-9104
1030926      +EDI: RMSC.COM Jul 28 2010 21:58:00      GE MONEY BANK / WALMART,    ATTN: BANKRUPTCY DEPT.,
               P.O. BOX 103104,    Roswell, GA 30076-9104
1030930      +EDI: HFC.COM Jul 28 2010 21:58:00      HSBC BANK,    P.O. BANK 81622,    Salinas, CA 93912-1622
1030931      +EDI: HFC.COM Jul 28 2010 21:58:00      HSBC BANK NEVADA,    P.O. BOX 5253,
               Carol Stream, IL 60197-5253
1030934       EDI: TSYS2.COM Jul 28 2010 21:58:00      JUNIPER,    CARD SERVICES,    P.O. BOX 13337,
               Philadelphia, PA 19101-3337
1030935      +EDI: RESURGENT.COM Jul 28 2010 21:58:00      LVNV FUNDING, LLC,    P.O. BOX 10497,
               Greenville, SC 29603-0497
1030937      +EDI: MERRICKBANK.COM Jul 28 2010 21:58:00      MERRICK BANK / GEICO CARD,
               10705 SOUTH JORDAN GATEWAY,    SUITE 200,    South Jordan, UT 84095-3977
1030938      +EDI: MID8.COM Jul 28 2010 21:58:00      MIDLAND CREDIT MANAGEMENT,    4310 BROADWAY ROAD,
               Phoenix, AZ 85040-8808
1030939      +EDI: MID8.COM Jul 28 2010 21:58:00      MIDLAND CREDIT MANAGEMENT, INC.,
               8875 AERO DRIVE, SUITE 2,    San Diego, CA 92123-2251
1030943      +EDI: RRSB.COM Jul 28 2010 21:58:00      REDLINE RECOVERY SERVICES, LLC,
               2350 NORTH FOREST ROAD, SUITE 31B,    Getzville, NY 14068-1398
1030944      +EDI: RESURGENT.COM Jul 28 2010 21:58:00      RESURGENT CAPITAL SERVICES, LP,
               15 SOUTH MAIN STREET, SUITE 600,    Greenville, SC 29601-2768
1030945       EDI: SEARS.COM Jul 28 2010 21:58:00      SEARS,    8725 W. SAHARA AVENUE,
               The Lakes, NV 89163-7802
1030947      +EDI: WTRRNBANK.COM Jul 28 2010 21:58:00      TARGET NATIONAL BANK,    P.O. BOX 673,
               Minneapolis, MN 55440-0673
1030949      +EDI: URSI.COM Jul 28 2010 21:58:00      UNITED RECOVERY SYSTEMS, L.P.,    5800 NORTH COURSE DRIVE,
               Houston, TX 77072-1613
1030952      +EDI: WESTASSET.COM Jul 28 2010 21:58:00      WEST ASSET MANAGEMENT,
               2221 NEWMARKET PARKWAY, SUITE 210,    Marietta, GA 30067-9313
1030951      +EDI: WESTASSET.COM Jul 28 2010 21:58:00      WEST ASSET MANAGEMENT,
               2253 NORTHWEST PARKWAY SOUTHEAST,    Marietta, GA 30067-8764
1030953      +EDI: WESTASSET.COM Jul 28 2010 21:58:00      WORLDWIDE ASSET PURCHASING, L.L.C.,
               101 CONVENTION CENTER STREET,,    SUITE 850,    Las Vegas, NV 89109-2003
                                                                                               TOTAL: 32
```

```
District/off: 0975-1            User: darlene              Page 2 of 2                Date Rcvd: Jul 28, 2010
Case: 10-02298                  Form ID: b9a               Total Noticed: 48
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1030923*     +GE MONEY BANK / CHEVRON AND TEXACO,   ATTN: BANKRUPTCY DEPT.,   P.O. BOX 103104,
              Roswell, GA 30076-9104
1030916     ##+CREDIT ASSOCIATES OF MAUI, LTD.,    1817 WELLS STREET,   Wailuku, HI 96793-2333
1030928     ##+GLOBAL VANTEDGE, INC.,   851 IRWIN STREET, SUITE 304,   San Rafael, CA 94901-3343
1030946     ##+SECURITY CREDIT SERVICES, LLC,    2623 WEST OXFORD LOOP,   Oxford, MS 38655-5442
                                                                             TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 30, 2010**                      **Signature:**        *Joseph Speetjens*